FILED
AUG 31 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER R. J. KELTY,

        Petitioner,

v.

DON MILLS,

        Respondent.

Civil No. 09-1507-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal of Habeas Corpus Petition (#19) is GRANTED.

    IT IS SO ORDERED.

    DATED this 26th day of August, 2010.

                      John V. Acosta
                      United States ~~District~~ Magistrate Judge

1 - ORDER -